### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**MONTREL JAFAR BANKS**                                           **PETITIONER**
**ADC #187806**

**v.**                         **Case No: 4:25-cv-00560-LPR**

**STATE OF ARKANSAS**                                           **RESPONDENT**

### <u>ORDER</u>

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 6) and Petitioner's Objections (Doc. 7). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice. No certificate of appealability shall issue. The Clerk is instructed to close this case.

IT IS SO ORDERED this 7th day of May 2026.

                              _____

                              LEE P. RUDOFSKY
                              UNITED STATES DISTRICT JUDGE

---

[1] In response to Petitioner's Objections, the Court issued an Order giving Petitioner an additional 30 days to file a motion to proceed *in forma pauperis* or pay the filing fee. *See* Doc. 8. The Order and accompanying documents were mailed to Petitioner at his address of record but later returned to the Court as undeliverable. *See* Docs. 9, 10. It is Petitioner's responsibility to update his address. Local Rule 5.5(c)(2).